IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN VAYNSHELBOYM, | : |
| Plaintiff, | : CIVIL ACTION |
| | : NO. 20-2690 |
| v. | : |
| COMHAR, INC., | : |
| Defendant. | : |

## O R D E R

**AND NOW** this **27th** day of **September, 2021**, upon consideration of the motion for summary judgment filed by Defendant COMHAR, Inc. (ECF No. 35), and the response and reply thereto (ECF No. 37 & 38), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's motion for leave to file a reply (ECF No. 38) is **GRANTED**; and

2. Defendant's motion for summary judgment (ECF No. 35) is **GRANTED**.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**